IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S., an adult female; C.C, an adult female; and S.B., an adult female, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. _____ |
| EFFINGHAM COUNTY, a Georgia legal Entity; by and through the EFFINGHAM COUNTY BOARD OF COMMISSIONERS; SHERIFF JIMMY MCDUFFIE, in his official capacity; CAPTAIN BRIAN E. BARRS, Jail Administrator; and FORMER SHERIFF'S DEPUTY EVER DAVID JANDRES, in his individual and official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS EFFINGHAM COUNTY, EFFINGHAM COUNTY BOARD OF COMMISSIONERS, SHERIFF JIMMY MCDUFFIE, AND CAPTAIN BRIAN E. BARRS

Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian E. Barrs, Defendants in the above styled case, file this Notice of Removal pursuant to 28 U.S.C §§ 1441 and 1446, and respectfully show the Court the following:

1.     The case of J.S., et al. v. Effingham County, et al., was filed and is presently pending in the State Court of Effingham County, Georgia, the same being Civil Action Number STCV2021000045.

2.     Plaintiffs' suit involves a federal question. Therefore, this action is removable based upon federal question jurisdiction. 28 U.S.C. § 1331, 1441(a). Specifically, Plaintiffs contend that Defendants violated their constitutional rights (Compl. ¶ 34).

3.      The remainder of Plaintiffs' claims, if any, are unclear. It appears Plaintiffs may be attempting to assert claims under the Prison Rape Elimination Act (PREA), 34 U.S.C. § 30301 *et seq.*, and/or O.C.G.A. § 16-6-5.1(B)(3). (Compl. ¶¶ 4, 10, 16). Additionally, Plaintiffs may be attempting to assert state law claims against Defendants. (See Compl. ¶¶ 30, 35, 37, 38, 39). To the extent Plaintiffs are asserting any state law claims, this Court has supplemental jurisdiction over the claims pursuant to 28 U.S.C. § 1367.

4.      This Notice of Removal has been timely filed within thirty days of initial receipt of the Plaintiff's Complaint by Defendants (defined as date of service by federal law), and is therefore timely pursuant to 28 U.S.C. § 1446(b)(3). In this case, these Defendants acknowledged service on February 12, 2021, and the deadline is thus 30 days from this date, which is March 15, 2021. (See Gipson v. Fountain, No. 1:17-CV-3061-SCJ, 2017 WL 9882670, *2 (N.D. Ga. Oct. 23, 2017) ("The July 14, 2017 written acknowledgement and waiver of service of summons triggered the thirty-day removal period."); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 344 (1999) (holding that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, through service or otherwise, after and apart from the service of the summons, but not by mere receipt of the complaint unattended by any formal service)).

5.      Venue properly rests in this district and division under 28 U.S.C. § 1441(a) because this case is being removed from the State Court of Effingham County, Georgia, which sits in the Savannah Division of the United States District Court for the Southern District of Georgia.

6.      True and correct copies of all process, pleadings, and orders served in this action are attached hereto as required by 28 U.S.C. § 1446(a).

      a.   Exhibit 1 – General Civil and Domestic Relations Case Filing Information Form

b.  Exhibit 2 – Complaint for Damages with Jury Demand

c.  Exhibit 3 – Summons to Defendant Effingham County

d.  Exhibit 4 – Summons to Defendant Effingham County Board of Commissioners

e.  Exhibit 5 – Summons to Defendant Sherriff Jimmy McDuffie

f.  Exhibit 6 – Summons to Defendant Captain Brian Barrs

g.  Exhibit 7 – Summons to Defendant Ever D Jandres

h.  Exhibit 8 – Signed Acknowledgement of Service on behalf of Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian Barrs

7.      There are no further proceedings or pending motions in the state court at the time of removal to this Court.

8.      At the time of this Notice, all properly served Defendants[1] consent to the removal of this action to the United States District Court for the Southern District of Georgia, Savannah Division. See Johnson v. Wellborn, 418 Fed. App'x 809, 815 (11th Cir. 2011) ("The requirement that there be unanimity of consent in removal cases with multiple defendants does not require consent of defendants who have not been properly served."); Bailey v. Janssen Pharmaceutica, Inc., 536 F.3d 1202, 1208 (11th Cir. 2008) ("[A] defendant has no obligation to participate in any removal procedure prior to his receipt of formal service of judicial process.").

9.      Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Effingham County State Court where this suit is pending as required by 28 U.S.C. § 1446(d). A copy of the "Notice of Filing of Notice of Removal by Defendants Effingham County,

---

[1] Plaintiffs have listed Ever David Jandres as a Defendant in this action; however, this Defendant has not been served.

Effingham County Board of Commissioners, Sheriff Jimmy Mcduffie, and Captain Brian E. Barrs" is attached as Exhibit 9.

10.     Defendant will promptly serve written notice of this Notice of Removal on Plaintiffs' attorneys as required by 28 U.S.C. §1446(d).

11.     By removing this case to federal court, Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy Mcduffie, and Captain Brian E. Barrs do not waive any available defenses or admit any of the allegations made in Plaintiffs' state court Complaint.

12.     Plaintiffs demanded a trial by jury in their Complaint.

<u>CONCLUSION</u>

Plaintiffs asserted claims for which this Court has jurisdiction on the basis of federal question jurisdiction and state law claims over which this Court may exercise supplemental jurisdiction. For these reasons, Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy Mcduffie, and Captain Brian E. Barrs ask this Court to remove the suit to the United States District Court for the Southern District of Georgia, Savannah Division.

Respectfully submitted this 12th day of March, 2021.

OLIVER MANER LLP

/s/ JACOB D. MASSEE
PATRICK T. O'CONNOR
Georgia Bar No. 548425
JACOB D. MASSEE
Georgia Bar No. 551890

Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311 – Telephone
(912) 236-8725 – Facsimile
pto@olivermaner.com
jmassee@olivermaner.com

*Attorneys for Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian E. Barrs*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case with a true and correct copy of NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS EFFINGHAM COUNTY, EFFINGHAM COUNTY BOARD OF COMMISSIONERS, SHERIFF JIMMY MCDUFFIE, AND CAPTAIN BRIAN E. BARRS in accordance with the directive from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of the electronic filing, and by U.S. Mail to the following:

Bobby Phillips, Esq.
Boone Phillips, Esq.
Phillips Carson & Phillips
1901 Abercorn Street
Savannah, GA 31401
bobby@savannahlawyers.com
boone@savannahlawyers.com
*Attorneys for Plaintiffs*

Submitted this 12th day of March, 2021.

OLIVER MANER LLP

/s/ JACOB D. MASSEE
PATRICK T. O'CONNOR
Georgia Bar No. 548425
JACOB D. MASSEE
Georgia Bar No. 551890

Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311 – Telephone
(912) 236-8725 – Facsimile
pto@olivermaner.com
jmassee@olivermaner.com

*Attorneys for Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian E. Barrs*

5

# EXHIBIT 1

## General Civil and Domestic Relations Case Filing Information Form

⧉ **EFILED IN OFFICE**
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA

**STCV2021000045**
RT

**FEB 04, 2021 04:09 PM**

Jason E. Bragg, Clerk
Effingham County, Georgia

☐ Superior or ☑ State Court of  Effingham                County

| For Clerk Use Only | |
|---|---|
| **Date Filed** 02-04-2021 | **Case Number** STCV2021000045 |
| **MM-DD-YYYY** | |

### Plaintiff(s)

S. an adult female, J.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

C. an adult female, C.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

B. an adult female , S.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

### Defendant(s)

Effingham County Board of Commissioners

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Effingham County

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

McDuffie, Sheriff Jimmy

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Barrs, Captain Brian

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney**  Phillips, Bobby          **Bar Number** 576700          **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
Case Number                          Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

# EXHIBIT 2

EFILED IN OFFICE
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA
STCV2021000045
RT
FEB 04, 2021 04:09 PM

Jason E. Bragg, Clerk
Effingham County, Georgia

**IN THE STATE COURT OF EFFINGHAM COUNTY**

**STATE OF GEORGIA**

J. S. an adult female,
C. C. an adult female, and
S. B. an adult female,
        Plaintiffs,

        v.                  Civil Action No. _____

EFFINGHAM COUNTY, a Georgia legal entity;
        by and through the
EFFINGHAM COUNTY BOARD OF COMMISSIONERS;
SHERIFF JIMMY McDUFFIE; in his official capacity,
CAPTAIN BRIAN E. BARRS, Jail Administrator, and
FORMER SHERIFF'S DEPUTY EVER DAVID JANDRES
    in his individual and official capacity,
        Defendants

**COMPLAINT FOR DAMAGES**

**WITH JURY TRIAL DEMANDED**

Come Now J.S., C. C. and S. B., all of whom are adult females and all of whom are residents of the State of Georgia, who bring this Complaint for damages for the personal injuries received, sexual assaults committed against them, personal humiliations inflicted, and shame and degradation imposed upon them while in the custody and under the absolute control of the Defendants herein named, showing to the Court the following:

1.    The Plaintiff **J. S.** was an inmate at the Effingham County Jail during a period of time and from at least December 14, 2018 through February 25, 2019, continuously.

2. During said period of time, the Plaintiff J.S. was entitled to be kept safe from harm of any nature or description and she was entitled to the protection of the Sheriff's deputies entrusted with her care.

3. During the period of time between December 14, 2018 and February 25, 2019, the exact dates being unknown, former Sheriff's deputy EVER DAVID JANDRES, being an officer of the Effingham County's Sheriff Department, with supervisory authority over the Plaintiff, did engage in unlawful and unwanted sexual contact with the Plaintiff J.S., against her will and despite her resistance.

4. The sexual violation of the Plaintiff J.S. by former Sheriff's deputy EVER DAVID JANDRES, was in direct violation of OCGA § 16-6-5.1(B)(3).

5. The Defendants Effingham County and Sheriff McDuffie share complicity in this vile act and violation of Plaintiff's constitutional rights in that they either willfully ignored or were indifferent to the perilous conditions created in the solitary confinement area of the jail. This solitary confinement area lacked proper security provisions and said Defendants  failed to properly train, screen and supervise their employee  former Sheriff's deputy EVER DAVID JANDRES.

6. By creating a solitary confinement area in an isolated part of the jail facility, Defendants created and maintained an unsafe environment in which it housed defenseless female inmates such as the Plaintiff J. S.

7. The Plaintiff **C.C** was an inmate at the Effingham County Jail during a period of time and from at least January 13, 2019 through February 25, 2019, continuously.

8. During said period of time, the Plaintiff C.C was entitled to be kept safe from harm of any nature or description and she was entitled to the protection of the Sheriff's deputies entrusted with her care.

9. During the period of time between January 13, 2019 and February 25, 2019, the exact dates being unknown, former Sheriff's deputy EVER DAVID JANDRES, being an officer of the Effingham County's Sheriff Department, with supervisory authority over the Plaintiff, did engage in unlawful and unwanted sexual contact with the Plaintiff C.C, against her will and despite her resistance.

10. The sexual violation of the Plaintiff C.C by former Sheriff's deputy EVER DAVID JANDRES, was in direct violation of OCGA § 16-6-5.1(B)(3).

11. The Defendants Effingham County and Sheriff McDuffie share complicity in this vile act and violation of Plaintiff's constitutional rights in that they either willfully ignored or were indifferent to the perilous conditions created in the solitary confinement area of the jail. This solitary confinement area lacked proper security provisions and said Defendants  failed to properly train, screen and supervise their employee  former Sheriff's deputy EVER DAVID JANDRES.

12. By creating a solitary confinement area in an isolated part of the jail facility, Defendants created and maintained an unsafe environment in which it housed defenseless female inmates such as the Plaintiff CC.

13. The Plaintiff **S.B.** was an inmate at the Effingham County Jail during a period of time and from at least December 1, 2018 through February 25, 2019, continuously.

14. During said period of time, the Plaintiff S.B  was entitled to be kept safe from harm of any nature or description and she was entitled to the protection of the Sheriff's deputies entrusted with her care.

15. During the period of time between December 1, 2018 and February 25, 2019, the exact dates being unknown, former Sheriff's deputy EVER DAVID JANDRES, being an officer of the Effingham County's Sheriff Department, with supervisory authority over the Plaintiff, did engage in unlawful and unwanted sexual contact with the Plaintiff S.B., against her will and despite her resistance.

16. The sexual violation of the Plaintiff S.B. by former Sheriff's deputy EVER DAVID JANDRES, was in direct violation of OCGA § 16-6-5.1(B)(3).

17. The Defendants Effingham County and Sheriff McDuffie share complicity in this vile act and violation of Plaintiff's constitutional rights in that they either willfully ignored or were indifferent to the perilous conditions created in the solitary confinement area of the jail. This solitary confinement area lacked proper security provisions and said Defendants  failed to properly train, screen and supervise their employee  former Sheriff's deputy EVER DAVID JANDRES.

18. By creating a solitary confinement area in an isolated part of the jail facility, Defendants created and maintained an unsafe environment in which it housed defenseless female inmates such as the Plaintiff S. B.

19. Venue is proper in this case in that the events and conduct complained of herein all occurred in Effingham County, Georgia.

20. All Defendants are located and/or reside within Effingham County, or worked for the Sheriff's department at the time of the incidents in question and are therefore subject to the jurisdiction of this Court.

21. On behalf of each named Plaintiff, the County was provided with a proper ante litem notice of these claims, via personal delivery. The ante litem notice properly set out the claims for each individual Plaintiff but the Defendants through their appointed representative has denied all liability in this case.

22. The Defendant Effingham County is a Georgia legal entity, created by the Georgia Legislature pursuant to the State Constitution. The County has the capacity to sue and be sued.

23. The Defendant Sheriff Jimmy McDuffie is a Constitutional Officer of the State of Georgia and may be sued in his official capacity as the Chief Law Enforcement Officer for Effingham County.

24. The Defendant Captain Brian E. Barrs is an employee of the Effingham County Sheriff's Department and is the Jail Administrator. He was charged with the day to day administration of the jail, which included securing inmate safety.

25. Defendant EVER DAVID JANDRES, was, at the time of the events herein described, a Deputy Sheriff employed by the Effingham County Sheriff's Department. Part of his

4

job description included supervision and protection of inmates such as the Plaintiffs in this case.

26. Defendant EVER DAVID JANDRES, at the time of the events herein described, was prohibited by law from having any type of sexual or romantic contact with any inmate under his supervision and or control. This prohibition was and is a strict liability provision which afforded said Defendant with no excuse or defense to any sexual contact whatsoever with any Plaintiff in this case.

27. On September 4, 2003 President George W. Bush signed into law the Prison Rape Elimination Act (PREA) of 2003. The goal of the PREA was to "eradicate prisoner rape in all types of correctional facilities in this Country."

28. In order to effectuate compliance, the US Department of Justice established guidelines pursuant to the PREA to which each State's Governor must certify compliance on an annual basis.

29. In Georgia, the Georgia Sheriff's Association is the body which promulgates regulations for the County jail operations. The GSA Regulations mirror the PREA and the GSA publishes a Model Jail Policy Procedure Manual which adopts the PREA. The Effingham County Jail abides by the provisions of the GSA Manual.

30. Each of the three Plaintiffs was, at all times herein relevant "a lawfully confined inmate" to whom the Defendants owed a duty of care to "***provide for the safety and security of (Plaintiffs) … by maintaining a safe, sanitary, and secure environment"*** as stated in the Defendants' "Mission Statement".

31. The sexual assaults committed by former deputy EVER DAVID JANDRES was a violation of the Prison Rape Elimination Act of 2003 as to each individual Plaintiff.

32. The sexual assaults committed by former deputy EVER DAVID JANDRES was a violation of the GSA Model Jail Policy Procedure Manual as to each individual Plaintiff.

5

33. The sexual assaults committed by former deputy EVER DAVID JANDRES was a violation of the "Effingham County Jail Mission Statement" as to each individual Plaintiff.

34. Each of the unwanted, heinous sexual assaults constituted a violation of each Plaintiff's constitutional rights and each such a act amounted to a separate and distinct tort for injuries to each Plaintiff. The injuries were physical, emotional, and psychological.

35. Each of the Defendants, personally or through their employee and/or agent, participated in the unlawful conduct herein alleged and, to the extent that they did not personally participate, they authorized, acquiesced, set in motion, or otherwise failed to take necessary steps to prevent the acts that resulted in the unlawful conduct and the harm suffered by each Plaintiff.

36. The individual Defendants are each liable to the Plaintiffs for all damages which may be proven at trial by competent evidence.

37. Effingham County is liable for the tortious acts of its employee and agent committed within the scope of his employment and acting under color of lawful authority.

38. The Defendant Sheriff Jimmy McDuffie is liable for the tortious acts of his officers, agents and/or employees committed within the scope of their employment and acting while under color of authority. At all times when the crimes were committed the Defendant Jandres was acting under color of title and under the authority of his official position as a Sheriff's Deputy.

39. The Defendant Captain Brian E. Barr, as Jail Administrator, is liable for the tortious acts of his officers, agents and/or employees committed within the scope of their employment and acting while under color of authority. At all times when the crimes were committed the Defendant Jandres was acting under color of title and under the authority of his official position as a Sheriff's Deputy.

6

**WHEREFORE** Plaintiffs pray for the following relief:

a.) That this Complaint be filed and Summons issue requiring the Defendants to answer in terms of law;

b.) That Plaintiffs EACH be awarded general damages of not less than $250,000 for physical pain and suffering, humiliation, shame and the gross violation of their personal safety and welfare;

c.) That EACH Plaintiff be awarded Punitive Damages of an amount of not less than $ 250,000 for the sexual battery inflicted upon them, while they were in the custody and under the control of the Effingham County Sheriff's department;

d.) That Plaintiffs be awarded pre-judgement and post judgment interest at the lawful rate as allowed by law;

e.) That Plaintiffs be granted trial by jury at the earliest possible time; and,

f.) That Plaintiffs have such other and further relief as this Honorable Court or a jury may allow.

**PHILLIPS CARSON & PHILLIPS**

*Bobby Phillips*

_____

**BOBBY PHILLIPS, 576700**

*Boone Phillips*

_____

**BOONE PHILLIPS, 343510**
Attorneys for Plaintiffs

1901 Abercorn Street
Savannah, GA 31401
912-232-0081
*bobby@savannahlawyers.com*
**boone@savannahlawyers.com**

7

# EXHIBIT 3

# STATE COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

≣ EFILED IN OFFICE
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA

**STCV2021000045**
RT
FEB 04, 2021 04:09 PM

Jason E. Bragg, Clerk
Effingham County, Georgia

CIVIL ACTION NUMBER  STCV2021000045

S. an adult female, J.
C. an adult female, C.
B. an adult female , S.

_____

**PLAINTIFF**

                                                            **VS.**

Effingham County Board of Commissioners
Effingham County
McDuffie, Sheriff Jimmy
Barrs, Captain Brian
Jandres, Ever D

_____

**DEFENDANTS**

**SUMMONS**

TO: EFFINGHAM COUNTY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bobby Phillips**
> **Phillips Carson & Phillips**
> **420 W Broughton Street**
> **Savannah, Georgia 31401-3218**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of February, 2021.**

                              Clerk of State Court

_____
                        Jason E. Bragg, Clerk
                        Effingham County, Georgia

# EXHIBIT 4

# STATE COURT OF EFFINGHAM COUNTY
## STATE OF GEORGIA

⊜ **EFILED IN OFFICE**
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA
**STCV2021000045**
RT
FEB 04, 2021 04:09 PM

Jason E. Bragg, Clerk
Effingham County, Georgia

CIVIL ACTION NUMBER  STCV2021000045

S. an adult female, J.
C. an adult female, C.
B. an adult female , S.

_____

**PLAINTIFF**

                                        **VS.**

Effingham County Board of Commissioners
Effingham County
McDuffie, Sheriff Jimmy
Barrs, Captain Brian
Jandres, Ever D

_____

**DEFENDANTS**

**SUMMONS**

TO: EFFINGHAM COUNTY BOARD OF COMMISSIONERS

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Bobby Phillips**
**Phillips Carson & Phillips**
**420 W Broughton Street**
**Savannah, Georgia 31401-3218**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of February, 2021.**

                          Clerk of State Court

_____
                          Jason E. Bragg, Clerk
                          Effingham County, Georgia

                                                    Page 1 of 1

# EXHIBIT 5

## STATE COURT OF EFFINGHAM COUNTY
## STATE OF GEORGIA

⊜ EFILED IN OFFICE
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA

**STCV2021000045**
RT
FEB 04, 2021 04:09 PM

Jason E. Bragg, Clerk
Effingham County, Georgia

CIVIL ACTION NUMBER  STCV2021000045

S. an adult female, J.
C. an adult female, C.
B. an adult female , S.

---

**PLAINTIFF**

                                        **VS.**

Effingham County Board of Commissioners
Effingham County
McDuffie, Sheriff Jimmy
Barrs, Captain Brian
Jandres, Ever D

---

**DEFENDANTS**


**SUMMONS**

TO: MCDUFFIE, SHERIFF JIMMY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bobby Phillips**
> **Phillips Carson & Phillips**
> **420 W Broughton Street**
> **Savannah, Georgia 31401-3218**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of February, 2021.**

Clerk of State Court


Jason E. Bragg, Clerk
Effingham County, Georgia

Page 1 of 1

# EXHIBIT 6

## STATE COURT OF EFFINGHAM COUNTY
## STATE OF GEORGIA

⛾ **EFILED IN OFFICE**
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA

**STCV2021000045**
**RT**
**FEB 04, 2021 04:09 PM**

Jason E. Bragg, Clerk
Effingham County, Georgia

CIVIL ACTION NUMBER  STCV2021000045

S. an adult female, J.
C. an adult female, C.
B. an adult female , S.

_____

**PLAINTIFF**

                                    **VS.**

Effingham County Board of Commissioners
Effingham County
McDuffie, Sheriff Jimmy
Barrs, Captain Brian
Jandres, Ever D

_____

**DEFENDANTS**


                         **SUMMONS**

TO: BARRS, CAPTAIN BRIAN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Bobby Phillips**
> **Phillips Carson & Phillips**
> **420 W Broughton Street**
> **Savannah, Georgia 31401-3218**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of February, 2021.**

                    Clerk of State Court



_____
                    Jason E. Bragg, Clerk
                    Effingham County, Georgia

# EXHIBIT 7

# STATE COURT OF EFFINGHAM COUNTY
## STATE OF GEORGIA

≝ EFILED IN OFFICE
CLERK OF STATE COURT
EFFINGHAM COUNTY, GEORGIA

**STCV2021000045**
RT
**FEB 04, 2021 04:09 PM**

Jason E. Bragg, Clerk
Effingham County, Georgia

CIVIL ACTION NUMBER  STCV2021000045

S. an adult female, J.
C. an adult female, C.
B. an adult female , S.

---

**PLAINTIFF**

**VS.**

Effingham County Board of Commissioners
Effingham County
McDuffie, Sheriff Jimmy
Barrs, Captain Brian
Jandres, Ever D

---

**DEFENDANTS**

**SUMMONS**

TO: JANDRES, EVER D

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Bobby Phillips**
**Phillips Carson & Phillips**
**420 W Broughton Street**
**Savannah, Georgia 31401-3218**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of February, 2021.**

Clerk of State Court

Jason E. Bragg, Clerk
Effingham County, Georgia

Page 1 of 1

# EXHIBIT 8

## IN THE STATE COURT OF EFFINGHAM COUNTY
## STATE OF GEORGIA

J. S. an adult female,
C. C. an adult female, and
S. B. an adult female,
      Plaintiffs,

v.

Civil Action No. **2021000045**

EFFINGHAM COUNTY, a Georgia legal entity;
    by and through the
EFFINGHAM COUNTY BOARD OF COMMISSIONERS;
SHERIFF JIMMY McDUFFIE; in his official capacity,
CAPTAIN BRIAN E. BARRS, Jail Administrator, and
FORMER SHERIFF'S DEPUTY EVER DAVID JANDRES
    Defendants

### ACKNOWLEDGEMENT OF SERVICE
### WAIVER OF ADDITIONAL SERVICE

Comes Now the Honorable Edward L. Newberry, Effingham County Attorney, who, on behalf of Effingham County and the Effingham County Board of Commissioners and on behalf of Sheriff Jimmy McDuffie and Captain Brian Barrs, Jail Administrator, does hereby acknowledge and accept service of process and summons in the above styled action.

All further and formal service of process is expressly waived; however, all objections, defenses or any other responses are expressly reserved. In accordance with OCGA § 9-11-6(b). Counsel for Plaintiffs and these Defendants hereby stipulate that the deadline for these Defendants to answer or otherwise respond to Plaintiffs' complaint shall be 45 days from the date on which this Acknowledgement and Waiver is filed

This ___12th___ day of February 2021.

_____
Bobby Phillips
Attorney For Plaintiffs

_____
Honorable Edward L. Newberry, Esq
Effingham County Attorney

# EXHIBIT 9

IN THE STATE COURT OF EFFINGHAM COUNTY
STATE OF GEORGIA

J.S., an adult female; C.C, an adult
female; and S.B., an adult female,

      Plaintiffs,

v.

EFFINGHAM COUNTY, a Georgia legal
Entity; by and through the EFFINGHAM
COUNTY BOARD OF COMMISSIONERS;
SHERIFF JIMMY MCDUFFIE, in his
official capacity; CAPTAIN BRIAN E.
BARRS, Jail Administrator; and FORMER
SHERIFF'S DEPUTY EVER DAVID
JANDRES, in his individual and official
capacity,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. STCV2021000045

## NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS EFFINGHAM COUNTY, EFFINGHAM COUNTY BOARD OF COMMISSIONERS, SHERIFF JIMMY MCDUFFIE, AND CAPTAIN BRIAN E. BARRS

TO:    Clerk, State Court of Effingham County

You are hereby notified that the attached copy of the Notice of Removal to the United States District Court for the Southern District of Georgia, Savannah Division, has been filed with the Clerk of said District Court on the 12th day of March, 2021. A copy of the Notice is attached hereto as Exhibit A. Copies of all the pleadings, process, and other filings in this Court have been filed with the Federal Court.

Pursuant to 28 U.S.C. § 1446(d), the State Court of Effingham County, Georgia, is divested of jurisdiction and this matter shall proceed in the United States District Court for the Southern District of Georgia, Savannah Division.

You are further notified that this Notice of Filing of Notice of Removal incorporates by reference all requirements of 28 U.S.C. § 1446.

1

This 12th day of March, 2021.

OLIVER MANER LLP


/s/ JACOB D. MASSEE
PATRICK T. O'CONNOR
Georgia Bar No. 548425
JACOB D. MASSEE
Georgia Bar No. 551890


Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311 – Telephone
(912) 236-8725 – Facsimile
pto@olivermaner.com
jmassee@olivermaner.com

*Attorneys for Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian E. Barrs*

2

CERTIFICATE OF SERVICE

This is to certify that I have on this day served the foregoing upon all parties in this case by electronic delivery and/or by depositing the same with the United States Postal Service, having proper postage affixed thereon, and addressed as follows:

Bobby Phillips, Esq.
Boone Phillips, Esq.
Phillips Carson & Phillips
1901 Abercorn Street
Savannah, GA 31401
bobby@savannahlawyers.com
boone@savannahlawyers.com
*Attorneys for Plaintiffs*

Respectfully submitted this 12th day of March, 2021.

OLIVER MANER LLP

/s/ JACOB D. MASSEE
PATRICK T. O'CONNOR
Georgia Bar No. 548425
JACOB D. MASSEE
Georgia Bar No. 551890

Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311 – Telephone
(912) 236-8725 – Facsimile
pto@olivermaner.com
jmassee@olivermaner.com

*Attorneys for Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian E. Barrs*

3

JS 44   (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

J.S., an adult female; C.C., an adult female; and S.B., an adult female

## DEFENDANTS

Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, Captain Brian E. Barrs, and Ever David Jandres

**(b)**  County of Residence of First Listed Plaintiff  Effingham
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Effingham
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Bobby Phillips, Boone Phillips; Phillips Carson & Phillips; 1901 Abercorn Street, Savannah, GA 31401; 912-232-0081

Attorneys *(If Known)*

Jacob D. Massee, Patrick T. O'Connor; Oliver Maner LLP; 218 W State Street, Savannah, GA 31412; 912-236-3311

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 448 Education | ☒ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Section 1983

Brief description of cause:
Plaintiffs allege that their constitutional rights were violated when they were allegedly sexually assaulted by a jailer.

## VII.  REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  1,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ❏ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE  Thompson - Effingham Co. State Court    DOCKET NUMBER  STCV2021000045

DATE
03/12/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jacob D. Massee

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____