IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

J.S., an adult female; C.C., )
and adult female; S.B., an   )
adult female;                )
                             )
        Plaintiffs,          )
                             )
v.                           )      CASE NO. CV421-071
                             )
EFFINGHAM COUNTY, a Georgia  )
legal Entity; by and through )
the Effingham County Board   )
of Commissioners; SHERIFF    )
JIMMY MCDUFFIE in his        )
official capacity; CAPTAIN   )
BRIAN E. BARRS, Jail         )
Administrator, in his        )
official capacity; EVER      )
DAVID JANDRES, Sheriff's     )
Deputy, in his individual    )
and official capacity;       )
                             )
        Defendants.          )
                             )

## O R D E R

Before the Court is the Plaintiff Santana Bedwell's ("S.B.") Consent Motion to Dismiss Plaintiff Santana Bedwell's Claims Without Prejudice. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request . . . on terms that the court considers proper." As it appears that all parties consent to this motion, Plaintiff S.B.'s motion (Doc. 21) is **GRANTED**. Accordingly, Plaintiff S.B.'s claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. Each party

shall bear its own costs and attorney's fees with respect to Plaintiff S.B.'s claims.

SO ORDERED this _13th_ day of April 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA