**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| J.S., an adult female; C.C, an adult female; and S.B., an adult female,<br><br>      Plaintiffs,<br><br>v.<br><br>EFFINGHAM COUNTY, a Georgia legal Entity; by and through the EFFINGHAM COUNTY BOARD OF COMMISSIONERS; SHERIFF JIMMY MCDUFFIE, in his official capacity; CAPTAIN BRIAN E. BARRS, Jail Administrator; and FORMER SHERIFF'S DEPUTY EVER DAVID JANDRES, in his individual and official capacity,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:21-cv-00071-WTM-CLR |

**JOINT STIPLUATION OF DISMISSAL WITH PREJUDICE**

COME NOW all remaining Parties to this action[1] and file this Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

A proposed order is filed contemporaneously herewith and will be submitted to the Court in Word format via email pursuant to the Local Rules.

**[SIGNATURES ON THE FOLLOWING PAGE]**

---

[1] Former Plaintiff Santana Bedwell previously dismissed her claims in this action without prejudice by consent of all of the remaining Parties to this action.

Respectfully submitted this 23rd day of April, 2021.

**FOR PLAINTIFFS JESSICA SCHULTZ (J.S.)**
**AND CHELSEA COOK (C.C.):**

PHILLIPS CARSON & PHILLIPS

/s/ Bobby Phillips
Robert P. Phillips, III

1901 Abercorn Street                     Georgia Bar Number: 576700
Savannah, GA 31401                       bobby@savannahlawyers.com
(912) 232-0081                           Jonathan B. Phillips
(877) 617-1480 FAX                       Georgia Bar Number: 343510
                                         boone@savannahlawyers.com

**FOR DEFENDANTS EFFINGHAM COUNTY,**
**EFFINGHAM COUNTY BOARD OF COMMISSIONERS,**
**SHERIFF JIMMY McDUFFIE, AND CAPTAIN BRIAN**
**BARRS**:

OLIVER MANER LLP

/s/ Jacob D. Massee
218 West State Street                    Patrick T. O'Connor
Post Office Box 10186                    Georgia Bar Number: 548425
Savannah, GA 31412                       pto@olivermaner.com
(912) 236-3311                           Jacob D. Massee
(912) 236-8725 FAX                       Georgia Bar Number: 551890
                                         jmassee@olivermaner.com

**FOR DEFENDANT EVER DAVID JANDRES**:

BROWN, READDICK,
BUMGARNER, CARTER,
STRICKLAND & WATKINS, LLP

/s/ Richard K. Strickland
Richard K. Strickland
Post Office Box 220                      Georgia Bar Number: 687830
Brunswick, GA 31521                      rstrickland@brbcsw.com
(912) 264-8544                           Emily R. Hancock
(912) 264-9667 FAX                       Georgia Bar Number: 115145
                                         ehancock@brbcsw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case with a true and correct copy of the **JOINT STIPLUATION OF DISMISSAL WITH PREJUDICE** in accordance with the directive from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of the electronic filing, and by electronic notification to the following:

Bobby Phillips, Esq.
Boone Phillips, Esq.
Phillips Carson & Phillips
1901 Abercorn Street
Savannah, GA 31401
bobby@savannahlawyers.com
boone@savannahlawyers.com
*Attorneys for Plaintiffs*

Richard K. Strickland, Esq.
Emily R. Hancock, Esq.
Brown, Reddick, Bumgartner, Carter,
Strickland & Watkins, LLP
P.O. Box 220
Brunswick, GA 31521
rstrickland@brbcsw.com
ehancock@brbcsw.com
*Attorneys for Defendant Jandres*

Submitted this 23rd day of April, 2021.

OLIVER MANER LLP

/s/ JACOB D. MASSEE
JACOB D. MASSEE
Georgia Bar No. 551890

Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311 – Telephone
(912) 236-8725 – Facsimile
jmassee@olivermaner.com

Attorneys for Defendants Effingham County, Effingham County Board of Commissioners, Sheriff Jimmy McDuffie, and Captain Brian Barrs